UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHILIP LEDINGTON, INC.,

        Plaintiff,

vs.                                 Case No. 2:06-cv-208-FtM-29SPC

ASSURANCE COMPANY OF AMERICA,

        Defendant.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #67), filed August 31, 2007, recommending that plaintiff's Motion for Attorney Fees and Costs (Doc. #60) be granted, as reduced. No objections have been filed and the time to do so has expired. Also before the Court are the parties' Settlement Stipulation of the Parties (Doc. #58), filed on June 4, 2007, and signed by counsel for all parties including the third-party defendant; and plaintiff's Voluntary Dismissal With Prejudice as to All Claims Against Defendant Except the Claims for Attorneys' Fees and Costs (Doc. #17), filed on August 3, 2007, without objection by defendants having filed Answers.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.  The Court finds that the attorney's fees, as reduced, are reasonable, and the costs are allowable under 28 U.S.C. § 1920.

Accordingly, it is now

**ORDERED**:

1.   The Report and Recommendation (Doc. #67) is hereby **accepted** and **adopted**.

2.   Plaintiff's Motion for Costs and Attorneys' Fees (Doc. #60) is **GRANTED IN PART AND DENIED IN PART** and plaintiff is awarded $46,945.00 in attorney fees and $509.40 in costs.

3.   The Clerk shall enter judgment dismissing the case with prejudice and awarding plaintiff $46,945.00 in attorney fees and

$509.40 in costs pursuant to the Settlement Stipulation of the Parties.  The Clerk is further directed to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of September, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties